IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 13 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:23CR123-CWR-FKB

JUSTIN BRYCE BROWN  18 U.S.C. § 922(o)

**The United States charges:**

That on or about May 3, 2022, in Simpson County, in the Northern Division of the Southern District of Mississippi, the defendant, **JUSTIN BRYCE BROWN**, knowingly possessed a machine gun in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant, **JUSTIN BRYCE BROWN**, shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

1. **Twenty (20) sets of Glock selector switches;**

2. One (1) BGR NFA Whore pistol, Model Whore-16, Caliber .300 AAC Blackout, Serial No. NFA-00083;

3. Two-Hundred-Thirteen (213) Brass Casings, Caliber .300 AAC Blackout; and

4. Four-Hundred-One (401) Rounds of Ammunition, Caliber .300 AAC Blackout

All pursuant to Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c).

TODD W. GEE
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 13th day of December 2023.

UNITED STATES MAGISTRATE JUDGE

2