IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:23cr123-CWR-FKB

JUSTIN BRYCE BROWN

NOTICE OF MAXIMUM PENALTY

**Possession of a Machinegun**
18 U.S.C. §§ 922(o) and 924(a)(2)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years supervised release
- $100 special assessment