SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 13 2023
ARTHUR JOHNSTON
BY _____

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Mendenhall

COUNTY: Simpson

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3:23CR123-CwR-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: Justin Bryce Brown

**U.S. ATTORNEY INFORMATION:**

AUSA  Sam Goff    BAR # MS 105813

INTERPRETER:  X  NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  1   ____ PETTY  ____ MISDEMEANOR   1   FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:922O.F | 18 U.S.C § 922(o) | Possession of a Machinegun | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

**SIGNATURE OF AUSA:** _____

Revised 9/22/2020