PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:23CR123-CWR-FKB

JUSTIN BRYCE BROWN
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 13 day of December 2023.

This the 13 day of December 2023.

TODD W. GEE
United States Attorney

By: _____
SAMUEL GOFF
Assistant U.S. Attorney
MSB #105813

Warrant issued:_____

(SG/ATF)