IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.: 3:23-cr-123-CWR-ASH

JUSTIN BRYCE BROWN

## MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date: April 25, 2024.

Respectfully submitted,

TODD W. GEE
United States Attorney

By:   *s/Samuel Goff*
Samuel Goff
Assistant United States Attorney
BAR # 105183
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601)965-4480
samuel.goff@usdoj.gov