IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

V.  CRIMINAL NO.: 3:23-cr-123-CWR-ASH-1

JUSTIN BRYCE BROWN

## WAIVER OF COURT-APPOINTED COUNSEL

The above-named defendant, after being advised of the nature of the charge and of his rights, hereby waived in open court his right to court-appointed counsel to represent him.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

4/25/24
_____
DATE