**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                                              **CRIMINAL NO.: 3:23-cr-00123-CWR-ASH-1**

**JUSTIN BRYCE BROWN**                                                                **DEFENDANT**

<u>**ENTRY OF APPEARANCE**</u>

COMES NOW, Joe M. Hollomon, of the law firm JOE M. HOLLOMON & ASSOCIATES, P.A., and hereby gives notice of his entry of appearance as counsel on behalf of Defendant, Justin Bryce Brown, in the above-entitled action, and requests that a copy of all pleadings and notices of all hearings and other proceedings in the above-styled action be sent to his attention at the address provided.

Respectfully submitted, the 26th day of April, 2024.

*/s/ Joe M. Hollomon*
JOE M. HOLLOMON (MSB #2551)
ATTORNEY FOR AND ON BEHALF OF
JUSTIN BRYCE BROWN

OF COUNSEL:

JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street (39201)
Post Office Box 22683
Jackson, Mississippi 39225-2683
Tel: (601) 353-1300
Fax: (601) 353-1308
Email: jhollomon@outlook.com
          joehollomonlaw@yahoo.com

## **CERTIFICATE OF SERVICE**

     I, Joe M. Hollomon, attorney for the Defendant, do hereby certify that on this day I electronically filed the foregoing *Entry of Appearance* with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

     This, the 26th day of April, 2024.

                                             */s/ Joe M. Hollomon*
                                             JOE M. HOLLOMON