AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

RECD USMS D48 15DEC'23

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Justin Bryce Brown | ) | Case No. 3:23-cr-123-CWR-FKB |
| (Wherever Found) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 30 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Justin Bryce Brown,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Possession of a Machinegun.

ARTHUR JOHNSTON  CLERK

Date: 12/13/2023

*C. Louisville*
*Issuing officer's signature*

City and state:   Jackson, Mississippi

C. Louisville, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-14-2023, and the person was arrested on *(date)* 4/25/2024
at *(city and state)* Jackson, MS.

Date: 4/25/2024

*William Carter*
*Arresting officer's signature*

William Carter Special Agent
*Printed name and title*