IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                            **CRIMINAL NO.: 3:23-cr-00123-CWR-ASH**

**JUSTIN BRYCE BROWN**                                              **DEFENDANT**

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

COMES NOW Justin Bryce Brown, Defendant herein, by and through undersigned counsel, and files this his Motion for Permission to Travel outside the Southern District of Mississippi, and in support thereof would show unto the Court as follows:

1. That the Defendant is currently on bond supervision and has been without incident since April 25, 2024.

2. That the Defendant has a trip planned to Houston, Texas to attend a family wedding at Westin Memorial City, 945 Gessner Road, Houston, Texas 77024; and if allowed to attend, he will be staying from May 31, 2024, through June 3, 2024. Defense counsel has discussed this with the government which has no objection to the relief requested herein.

That based on the foregoing, the Defendant respectfully requests that the Court allow him to travel on the trip planned to Houston Texas, from May 31, 2024, through June 3, 2024, after which he will return to the Southern District of Mississippi and remain under all conditions of bond as initially imposed.

Respectfully submitted, this the 29th day of May, 2024.

                                             */s/ Joe M. Hollomon*
                                             JOE M. HOLLOMON (MSB #2551)
                                             ATTORNEY FOR AND ON BEHALF OF
                                             JUSTIN BRYCE BROWN

OF COUNSEL:

JOE M. HOLLOMON & ASSOCIATES, P.A.
107 North State Street (39201)
Post Office Box 22683
Jackson, Mississippi 39225-2683
Tel:  (601) 353-1300
Fax: (601) 353-1308
Email:  jhollomon@outlook.com
        joehollomonlaw@yahoo.com

## CERTIFICATE OF SERVICE

I, Joe M. Hollomon, attorney for the Defendant, do hereby certify that on this day I electronically filed the foregoing *Unopposed Motion for Permission to Travel* with the Clerk of the Court using the ECF system which sent notification of such filing to counsel of record.

This, the 29th day of May, 2024.

 /s/ Joe M. Hollomon
JOE M. HOLLOMON