IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  **CRIMINAL NO.: 3:23-cr-00123-CWR-ASH**

**JUSTIN BRYCE BROWN**                                                                 **DEFENDANT**

## AGREED ORDER OF CONTINUANCE

This cause is before the Court on the unopposed motion of the Defendant to continue the trial of this case on grounds that additional time is needed to fully prepare this case for trial; and the failure to grant such a continuance in this proceeding would be likely to result in a miscarriage of justice pursuant to 18 U.S.C. §3161(h)7(B)(i) and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §3161(h)7(B)(iv).

Furthermore, Defendant through his counsel has expressly acknowledged approval of the delay of trial and agrees to this continuance.

THEREFORE, the Court is of the opinion and so finds that the motion for continuance of this matter should be granted for the reasons set forth herein, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial, and the failure to grant a continuance would result in a miscarriage of justice.

IT IS FURTHERMORE ORDERED that the trial setting in this matter be continued and rescheduled to begin on _____March 3_____, 20_25_, in Jackson, Mississippi, and that the period of delay shall be excluded in computing the time within which the trial of this matter commences in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED, this the 19th day of December, 2024.

_____
Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

_____
Samuel Goff, MSB# 105813
Assistant United States Attorney

_____
Joe M. Hollomon, MSB#2551
Attorney for Defendant

_____
Justin Bryce Brown, Defendant

2